No. 49. *In re* ASSESSMENT OF TAXES, JOHN II ESTATE, LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. (1) 34,547 acres, south corner King and Waikiki streets, Pawaa, Honolulu. Returned at $40,000; assessed at $70,000. Valued by Tax Court at $70,000. (2) 4.02 acres, north side of, but not fronting on, Waikiki road, Pawaa, Honolulu. Returned at $2000; assessed at $5000. Valued by Tax Court at $5000. (3) 8000 acres, pasture land, Ewa, Oahu. Returned at $24,000; assessed at $40,000. Valued at $40,000. Appeal by tax-payer. *Per Curiam.* Valuation of first piece placed at $50,000. Valuations of other pieces by Tax Appeal Court affirmed. Perry, J., dissenting as to first piece: Valuation should be $40,000. *J. A. Magoon* and *T. I. Dillon* for tax-payer. *Robertson & Wilder* for Assessor.